UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 14 2013

Clerk, U.S. District and
Bankruptcy Courts

Theodore E. Powell, )
)
Petitioner, )
)
v. ) Civil Action No.
)
Mayor Vincent Gray *et al.*, ) 13-902
)
Respondents. )
_____ )

## MEMORANDUM OPINION

This matter is before the Court on review of the *pro se* petition for a writ of mandamus

and application to proceed *in forma pauperis*. The Court will grant petitioner's application to

proceed *in forma pauperis* and will dismiss this action for lack of subject matter jurisdiction. *See*

Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that

subject matter jurisdiction is wanting).

Petitioner, a resident of Highland Springs, Virginia, seeks a writ to compel District of

Columbia Mayor Vincent Gray, D.C. Public Schools Chancellor Kaya Henderson, other District

of Columbia employees, and private attorneys, to reinstate him as a teacher in the D.C. Public

Schools at a salary of $82,600. *See* Pet. for Writ of Mandamus at 3, 14. In the alternative,

petitioner seeks to compel the respondents "to draw a warrant on the education fund in the

[amount] of $334,000.00 payable" to him. *Id.* at 14. Jurisdiction is wanting because the

extraordinary writ of mandamus is available to compel an "officer or employee of the United

States or any agency thereof to perform a duty owed to plaintiff," 28 U.S.C. § 1361, not the D.C.

1

and private respondents listed in this action.  A separate order of dismissal accompanies this

Memorandum Opinion.

Date:  May 23rd, 2013

United States District Judge